# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-429-GW-JCx | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Robert Cauley v. Allright Automotive, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 30, 2025, Plaintiff Robert Cauley filed a Notice of Settlement [13]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for August 4, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 31, 2025.

                                                                              :

Initials of Preparer    JG