JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLRIGHT AUTOMOTIVE, INC., et al.,<br><br>        Defendants. | Case No.  CV 25-429-GW-JCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon Plaintiff's Notice of Voluntary Dismissal [23] filed on July 30, 2025, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: July 30, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE